Magistrate Judge Karen L. Strombom

FILED ____ LODGED
____ RECEIVED

AUG 20 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALVARO CARRILLO GARCIA,<br><br>Defendant. | NO. MJ02-5056<br><br>GOVERNMENT'S MOTION TO DISMISS COMPLAINT AND QUASH ARREST WARRANT<br><br>NOTE ON MOTION CALENDAR:<br>August 29, 2014 |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Todd Greenberg, Assistant United States Attorney, submits this motion to dismiss the Complaint as to defendant Alvaro Carrillo Garcia pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

//
//
//
//
//
//
//

Motion to Dismiss Complaint/*United States v. Alvaro Carrillo Garcia*
MJ02-5056 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | The government respectfully requests this Court to dismiss, without prejudice, the
2 | Complaint in the above-entitled cause, and further moves to quash the related warrant for
3 | his arrest.

4 | Dated this 18th day of August, 2014.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

/s/ C. Greenberg

TODD L. GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-7970
E-Mail: Todd.Greenberg4@usdoj.gov

Motion to Dismiss Complaint/*United States v. Alvaro Carrillo Garcia*
MJ02-5056 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970